# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| **JORGE CALDERON, et al.,**<br><br>        **Plaintiffs,**<br><br>vs.<br><br>**ELITE WALL SYSTEMS LLC, et al.,**<br><br>        **Defendants.** | Case No. |

## DECLARATION OF RICARDO PEREZ REGARDING SPANISH TRANSLATION OF <u>FLSA CONSENT</u>

I, Ricardo Perez, declare as follows:

1.     I am an employee of Murphy Anderson PLLC, counsel of record for Plaintiffs in this action. I make this Declaration based on my own personal knowledge. If called to testify, I can and will competently testify to the statements herein.

2.     I am fluent Spanish speaker. Spanish is my first language. I took 2 years of grammar-intensive Spanish classes in high school. Currently, at Murphy Anderson, I regularly serve as a Spanish to English interpreter for Spanish-speaking clients, translate legal documents from English to Spanish and Spanish to English, and I interview prospective clients in Spanish.

3.     I translated into Spanish the English version of the Fair Labor Standards Act Consent Form. A true and correct copy of the English version of the Consent Form is attached to this Notice as Exhibit A. The Spanish version of the Consent Form is an accurate translation of the English version and is attached to this Notice as Exhibit B. True and correct copies of the Consent Forms, executed by the party Plaintiffs are attached to this Notice as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of July 2024, at Washington, DC.

                                                         /s/ Ricardo Perez
                                                           Ricardo Perez

# EXHIBIT A

**CONSENT TO JOIN COLLECTIVE ACTION**
**Fair Labor Standards Act, 29 U.S.C. § 216(b)**
*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NAME:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Elite Wall Systems, LLC ("Elite") and Gilbane Building Company ("Gilbane"), Whiting-Turner Contracting Company ("Whiting-Turner"), HITT Contracting Company ("HITT"), and/or Suffolk Construction Company ("Suffolk") (collectively, the "General Contractors"), as a construction worker in Maryland and/or Washington, DC for at least some period of time between July 2021 and the present.

3. I claim that I was not paid all the wages that I am owed for my time worked for Elite and the General Contractors because during some week or weeks of my work on the Project: (i) I was classified as an independent contractor even though Elite and/or the General Contractors controlled all aspects of my work; (ii) I did not receive the legally mandated prevailing wage and benefits for all applicable hours worked on public works; and/or (iii) I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I understand that this is a lawsuit being brought against Elite and the General Contractors under the Fair Labor Standards Act and Maryland and District of Columbia laws to recover my unpaid wages, benefits, and other damages.

5. I hereby consent, agree, and opt in to become a plaintiff in all available federal, state and District of Columbia law claims in this action and to be bound by any judgment by the Court or any settlement of this action.

6. I hereby agree to be represented by Cohen Milstein Sellers & Toll PLLC and Murphy Anderson PLLC ("Attorneys") for all purposes in this action and to take reasonable steps necessary to pursue my claims.

7. I designate the named plaintiffs in this action, to the fullest extent allowed under applicable law, as my agents to make decisions on my behalf concerning this litigation, compensation due to my Attorneys and all other matters pertaining to this action.

**DATE:** _____   **SIGNATURE:** _____

**IF YOU CHOOSE TO PARTICIPATE, PLEASE RETURN THIS FORM TO:**

**MURPHY ANDERSON PLLC**
**c/o Mark Hanna**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

**THIS PAGE WILL NOT BE FILED WITH THE COURT**

**CLIENT CONTACT INFORMATION**

**NAME**: _____

**TELEPHONE**: _____

Can we send text messages to this number?   Yes: ____   No: ____

**EMAIL**: _____

**MAIL ADDRESS**: _____

**CITY, STATE**: _____   **ZIP**: _____

**MurphyAnderson PLLC**

Please contact us at (202) 223-2620 with any questions

# EXHIBIT B

**LEY DE NORMAS JUSTAS DE TRABAJO CONSENTIMIENTO**

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NOMBRE:** _____

1. Soy mayor de dieciocho años y competente para dar mi consentimiento en este asunto.

2. Trabajé para Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, y/o Suffolk Construction Company (en conjunto, los "Constructores") como trabajador(a) de construcción en Maryland y/o Washington, DC durante al menos un período de tiempo entre julio de 2021 y el presente.

3. Afirmo que no se me pagaron todos los salarios que se me adeudan por el tiempo que trabajé para Elite y los Constructores porque durante alguna semana o semanas de mi trabajo para Elite y los Constructores: (i) se me clasificó como contratista independiente a pesar de que Elite y/o los Constructores controlaba todos los aspectos de mi trabajo; (ii) no se me pagó el salario prevaleciente y los beneficios legalmente exigidos por todas las horas aplicables trabajadas en obras públicas; y/o (iii) trabajé más de 40 horas y no se me pagó una prima por horas extra equivalente a una vez y media mi tarifa salarial regular.

4. Entiendo que esta es una demanda presentada contra Elite y los Constructores bajo la Ley de Normas Justas de Trabajo y/o las leyes de Maryland y el Distrito de Columbia para recuperar mis salarios no pagados, beneficios y otros daños.

5. Por la presente doy mi consentimiento, acepto y opto por unirme como demandante en todas las reclamaciones de derecho federal, estatal o del Distrito de Columbia disponibles en esta acción.

6. Por la presente acepto ser representado por Cohen Milstein Sellers & Toll PLLC y Murphy Anderson, PLLC por todos los efectos en esta acción y tomar las medidas razonables necesarias para perseguir mis reclamaciones.

**FECHA**: _____   **FIRMA**: _____

**DEVUELVA ESTE FORMULARIO A:**

**MURPHY ANDERSON PLLC**
c/o Mark Hanna
1401 K Street NW, Suite 300
Washington, DC 20005
(202) 223-2620

# EXHIBIT C

**LEY DE NORMAS JUSTAS DE TRABAJO CONSENTIMIENTO**

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NOMBRE: Emily Perez**

1. Soy mayor de dieciocho años y competente para dar mi consentimiento en este asunto.

2. Trabajé para Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, y/o Suffolk Construction Company (en conjunto, los "Constructores") como trabajador(a) de construcción en Maryland y/o Washington, DC durante al menos un período de tiempo entre julio de 2021 y el presente.

3. Afirmo que no se me pagaron todos los salarios que se me adeudan por el tiempo que trabajé para Elite y los Constructores porque durante alguna semana o semanas de mi trabajo para Elite y los Constructores: (i) se me clasificó como contratista independiente a pesar de que Elite y/o los Constructores controlaba todos los aspectos de mi trabajo; (ii) no se me pagó el salario prevaleciente y los beneficios legalmente exigidos por todas las horas aplicables trabajadas en obras públicas; y/o (iii) trabajé más de 40 horas y no se me pagó una prima por horas extra equivalente a una vez y media mi tarifa salarial regular.

4. Entiendo que esta es una demanda presentada contra Elite y los Constructores bajo la Ley de Normas Justas de Trabajo y/o las leyes de Maryland y el Distrito de Columbia para recuperar mis salarios no pagados, beneficios y otros daños.

5. Por la presente doy mi consentimiento, acepto y opto por unirme como demandante en todas las reclamaciones de derecho federal, estatal o del Distrito de Columbia disponibles en esta acción.

6. Por la presente acepto ser representado por Cohen Milstein Sellers & Toll PLLC y Murphy Anderson, PLLC por todos los efectos en esta acción y tomar las medidas razonables necesarias para perseguir mis reclamaciones.

**FECHA**: 07/23/2024    **FIRMA**: [signature]

Verified by signNow
07/23/2024 22:36:20 UTC
bd7b77860c884a678c46

**DEVUELVA ESTE FORMULARIO A:**

**MURPHY ANDERSON PLLC**
**c/o Mark Hanna**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**
**(202) 223-2620**

# FAIR LABOR STANDARDS ACT CONSENT

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NAME:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, and/or Suffolk Construction Company (collectively, the "General Contractors"), as a construction worker in Maryland and/or Washington, DC for at least some period of time between July 2021 and the present.

3. I claim that I was not paid all the wages that I am owed for my time worked for Elite and the General Contractors because during some week or weeks of my work on the Project: (i) I was classified as an independent contractor even though Elite and/or the General Contractors controlled all aspects of my work; (ii) I did not receive the legally mandated prevailing wage and benefits for all applicable hours worked on public works; and/or (iii) I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I understand that this is a lawsuit being brought against Elite and the General Contractors under the Fair Labor Standards Act and/or Maryland and District of Columbia laws to recover my unpaid wages, benefits, and other damages.

5. I hereby consent, agree, and opt in to become a plaintiff in all available federal, state and District of Columbia law claims in this action.

6. I hereby agree to be represented by Cohen Milstein Sellers & Toll PLLC and Murphy Anderson PLLC for all purposes in this action and to take reasonable steps necessary to pursue my claims.

**DATE:** 07/23/2024 _____   **SIGNATURE:** *[signed]* _____

Verified by signNow
07/23/2024 22:36:20 UTC
74f385cbe50645059d9f

**PLEASE RETURN THIS FORM TO:**

**MURPHY ANDERSON PLLC**
c/o Mark Hanna
1401 K Street NW, Suite 300
Washington, DC 20005
(202) 223-2620

# LEY DE NORMAS JUSTAS DE TRABAJO CONSENTIMIENTO

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NOMBRE:** Jorge Calderón Vargas

1. Soy mayor de dieciocho años y competente para dar mi consentimiento en este asunto.

2. Trabajé para Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, y/o Suffolk Construction Company (en conjunto, los "Constructores") como trabajador(a) de construcción en Maryland y/o Washington, DC durante al menos un período de tiempo entre julio de 2021 y el presente.

3. Afirmo que no se me pagaron todos los salarios que se me adeudan por el tiempo que trabajé para Elite y los Constructores porque durante alguna semana o semanas de mi trabajo para Elite y los Constructores: (i) se me clasificó como contratista independiente a pesar de que Elite y/o los Constructores controlaba todos los aspectos de mi trabajo; (ii) no se me pagó el salario prevaleciente y los beneficios legalmente exigidos por todas las horas aplicables trabajadas en obras públicas; y/o (iii) trabajé más de 40 horas y no se me pagó una prima por horas extra equivalente a una vez y media mi tarifa salarial regular.

4. Entiendo que esta es una demanda presentada contra Elite y los Constructores bajo la Ley de Normas Justas de Trabajo y/o las leyes de Maryland y el Distrito de Columbia para recuperar mis salarios no pagados, beneficios y otros daños.

5. Por la presente doy mi consentimiento, acepto y opto por unirme como demandante en todas las reclamaciones de derecho federal, estatal o del Distrito de Columbia disponibles en esta acción.

6. Por la presente acepto ser representado por Cohen Milstein Sellers & Toll PLLC y Murphy Anderson, PLLC por todos los efectos en esta acción y tomar las medidas razonables necesarias para perseguir mis reclamaciones.

**FECHA:** 07/23/2024    **FIRMA:** Jorge Calderón vargas

Verified by signNow
07/23/2024 22:44:15 UTC
c16fb38da411408195cd

**DEVUELVA ESTE FORMULARIO A:**

**MURPHY ANDERSON PLLC**
**c/o Mark Hanna**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**
**(202) 223-2620**

**FAIR LABOR STANDARDS ACT CONSENT**

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NAME:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, and/or Suffolk Construction Company (collectively, the "General Contractors"), as a construction worker in Maryland and/or Washington, DC for at least some period of time between July 2021 and the present.

3. I claim that I was not paid all the wages that I am owed for my time worked for Elite and the General Contractors because during some week or weeks of my work on the Project: (i) I was classified as an independent contractor even though Elite and/or the General Contractors controlled all aspects of my work; (ii) I did not receive the legally mandated prevailing wage and benefits for all applicable hours worked on public works; and/or (iii) I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I understand that this is a lawsuit being brought against Elite and the General Contractors under the Fair Labor Standards Act and/or Maryland and District of Columbia laws to recover my unpaid wages, benefits, and other damages.

5. I hereby consent, agree, and opt in to become a plaintiff in all available federal, state and District of Columbia law claims in this action.

6. I hereby agree to be represented by Cohen Milstein Sellers & Toll PLLC and Murphy Anderson PLLC for all purposes in this action and to take reasonable steps necessary to pursue my claims.

**DATE:** 07/23/2024 _____   **SIGNATURE:** *Jorge Calderón Vargas* _____

Verified by signNow
07/23/2024 22:44:15 UTC
70cd025ec81449d98afe

**PLEASE RETURN THIS FORM TO:**

**MURPHY ANDERSON PLLC**
c/o Mark Hanna
1401 K Street NW, Suite 300
Washington, DC 20005
(202) 223-2620

**LEY DE NORMAS JUSTAS DE TRABAJO CONSENTIMIENTO**

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NOMBRE:** julian martinez pineda

1. Soy mayor de dieciocho años y competente para dar mi consentimiento en este asunto.

2. Trabajé para Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, y/o Suffolk Construction Company (en conjunto, los "Constructores") como trabajador(a) de construcción en Maryland y/o Washington, DC durante al menos un período de tiempo entre julio de 2021 y el presente.

3. Afirmo que no se me pagaron todos los salarios que se me adeudan por el tiempo que trabajé para Elite y los Constructores porque durante alguna semana o semanas de mi trabajo para Elite y los Constructores: (i) se me clasificó como contratista independiente a pesar de que Elite y/o los Constructores controlaba todos los aspectos de mi trabajo; (ii) no se me pagó el salario prevaleciente y los beneficios legalmente exigidos por todas las horas aplicables trabajadas en obras públicas; y/o (iii) trabajé más de 40 horas y no se me pagó una prima por horas extra equivalente a una vez y media mi tarifa salarial regular.

4. Entiendo que esta es una demanda presentada contra Elite y los Constructores bajo la Ley de Normas Justas de Trabajo y/o las leyes de Maryland y el Distrito de Columbia para recuperar mis salarios no pagados, beneficios y otros daños.

5. Por la presente doy mi consentimiento, acepto y opto por unirme como demandante en todas las reclamaciones de derecho federal, estatal o del Distrito de Columbia disponibles en esta acción.

6. Por la presente acepto ser representado por Cohen Milstein Sellers & Toll PLLC y Murphy Anderson, PLLC por todos los efectos en esta acción y tomar las medidas razonables necesarias para perseguir mis reclamaciones.

**FECHA:** 07/23/2024   **FIRMA:** [signed]

Verified by signNow
07/23/2024 22:38:15 UTC
7308bb16a4f448189d22

**DEVUELVA ESTE FORMULARIO A:**

**MURPHY ANDERSON PLLC**
c/o Mark Hanna
1401 K Street NW, Suite 300
Washington, DC 20005
(202) 223-2620

**FAIR LABOR STANDARDS ACT CONSENT**

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NAME:** julian martinez

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, and/or Suffolk Construction Company (collectively, the "General Contractors"), as a construction worker in Maryland and/or Washington, DC for at least some period of time between July 2021 and the present.

3. I claim that I was not paid all the wages that I am owed for my time worked for Elite and the General Contractors because during some week or weeks of my work on the Project: (i) I was classified as an independent contractor even though Elite and/or the General Contractors controlled all aspects of my work; (ii) I did not receive the legally mandated prevailing wage and benefits for all applicable hours worked on public works; and/or (iii) I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I understand that this is a lawsuit being brought against Elite and the General Contractors under the Fair Labor Standards Act and/or Maryland and District of Columbia laws to recover my unpaid wages, benefits, and other damages.

5. I hereby consent, agree, and opt in to become a plaintiff in all available federal, state and District of Columbia law claims in this action.

6. I hereby agree to be represented by Cohen Milstein Sellers & Toll PLLC and Murphy Anderson PLLC for all purposes in this action and to take reasonable steps necessary to pursue my claims.

**DATE:** 07/23/2024   **SIGNATURE:** [signature]

Verified by signNow
07/23/2024 22:38:15 UTC
1b9ad3efc40c41c09012

**PLEASE RETURN THIS FORM TO:**

**MURPHY ANDERSON PLLC**
c/o Mark Hanna
1401 K Street NW, Suite 300
Washington, DC 20005
(202) 223-2620

# LEY DE NORMAS JUSTAS DE TRABAJO CONSENTIMIENTO

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NOMBRE:** samuel nuñez

1. Soy mayor de dieciocho años y competente para dar mi consentimiento en este asunto.

2. Trabajé para Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, y/o Suffolk Construction Company (en conjunto, los "Constructores") como trabajador(a) de construcción en Maryland y/o Washington, DC durante al menos un período de tiempo entre julio de 2021 y el presente.

3. Afirmo que no se me pagaron todos los salarios que se me adeudan por el tiempo que trabajé para Elite y los Constructores porque durante alguna semana o semanas de mi trabajo para Elite y los Constructores: (i) se me clasificó como contratista independiente a pesar de que Elite y/o los Constructores controlaba todos los aspectos de mi trabajo; (ii) no se me pagó el salario prevaleciente y los beneficios legalmente exigidos por todas las horas aplicables trabajadas en obras públicas; y/o (iii) trabajé más de 40 horas y no se me pagó una prima por horas extra equivalente a una vez y media mi tarifa salarial regular.

4. Entiendo que esta es una demanda presentada contra Elite y los Constructores bajo la Ley de Normas Justas de Trabajo y/o las leyes de Maryland y el Distrito de Columbia para recuperar mis salarios no pagados, beneficios y otros daños.

5. Por la presente doy mi consentimiento, acepto y opto por unirme como demandante en todas las reclamaciones de derecho federal, estatal o del Distrito de Columbia disponibles en esta acción.

6. Por la presente acepto ser representado por Cohen Milstein Sellers & Toll PLLC y Murphy Anderson, PLLC por todos los efectos en esta acción y tomar las medidas razonables necesarias para perseguir mis reclamaciones.

**FECHA:** 07/24/2024     **FIRMA:** *Samuel nuñez*

Verified by signNow
07/24/2024 14:29:05 UTC
3f0d702d178e4bb9ade2

**DEVUELVA ESTE FORMULARIO A:**

**MURPHY ANDERSON PLLC**
c/o Mark Hanna
1401 K Street NW, Suite 300
Washington, DC 20005
(202) 223-2620

**FAIR LABOR STANDARDS ACT CONSENT**

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NAME:** samuel nuñez

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, and/or Suffolk Construction Company (collectively, the "General Contractors"), as a construction worker in Maryland and/or Washington, DC for at least some period of time between July 2021 and the present.

3. I claim that I was not paid all the wages that I am owed for my time worked for Elite and the General Contractors because during some week or weeks of my work on the Project: (i) I was classified as an independent contractor even though Elite and/or the General Contractors controlled all aspects of my work; (ii) I did not receive the legally mandated prevailing wage and benefits for all applicable hours worked on public works; and/or (iii) I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I understand that this is a lawsuit being brought against Elite and the General Contractors under the Fair Labor Standards Act and/or Maryland and District of Columbia laws to recover my unpaid wages, benefits, and other damages.

5. I hereby consent, agree, and opt in to become a plaintiff in all available federal, state and District of Columbia law claims in this action.

6. I hereby agree to be represented by Cohen Milstein Sellers & Toll PLLC and Murphy Anderson PLLC for all purposes in this action and to take reasonable steps necessary to pursue my claims.

**DATE:** 07/24/2024         **SIGNATURE:** *Samuel nuñez*

Verified by signNow
07/24/2024 14:29:05 UTC
ae14f361ec50481494ae

**PLEASE RETURN THIS FORM TO:**

**MURPHY ANDERSON PLLC**
c/o Mark Hanna
1401 K Street NW, Suite 300
Washington, DC 20005
(202) 223-2620

# LEY DE NORMAS JUSTAS DE TRABAJO CONSENTIMIENTO

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

**NOMBRE:** Tomas Perez

1. Soy mayor de dieciocho años y competente para dar mi consentimiento en este asunto.

2. Trabajé para Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, y/o Suffolk Construction Company (en conjunto, los "Constructores") como trabajador(a) de construcción en Maryland y/o Washington, DC durante al menos un período de tiempo entre julio de 2021 y el presente.

3. Afirmo que no se me pagaron todos los salarios que se me adeudan por el tiempo que trabajé para Elite y los Constructores porque durante alguna semana o semanas de mi trabajo para Elite y los Constructores: (i) se me clasificó como contratista independiente a pesar de que Elite y/o los Constructores controlaba todos los aspectos de mi trabajo; (ii) no se me pagó el salario prevaleciente y los beneficios legalmente exigidos por todas las horas aplicables trabajadas en obras públicas; y/o (iii) trabajé más de 40 horas y no se me pagó una prima por horas extra equivalente a una vez y media mi tarifa salarial regular.

4. Entiendo que esta es una demanda presentada contra Elite y los Constructores bajo la Ley de Normas Justas de Trabajo y/o las leyes de Maryland y el Distrito de Columbia para recuperar mis salarios no pagados, beneficios y otros daños.

5. Por la presente doy mi consentimiento, acepto y opto por unirme como demandante en todas las reclamaciones de derecho federal, estatal o del Distrito de Columbia disponibles en esta acción.

6. Por la presente acepto ser representado por Cohen Milstein Sellers & Toll PLLC y Murphy Anderson, PLLC por todos los efectos en esta acción y tomar las medidas razonables necesarias para perseguir mis reclamaciones.

**FECHA:** 07/23/2024   **FIRMA:** [signature]

Verified by signNow
07/23/2024 22:09:41 UTC
a94bf860ab92442c8be7

**DEVUELVA ESTE FORMULARIO A:**

**MURPHY ANDERSON PLLC**
c/o Mark Hanna
1401 K Street NW, Suite 300
Washington, DC 20005
(202) 223-2620

**FAIR LABOR STANDARDS ACT CONSENT**

*Calderon, et al. v. Elite Wall Systems, LLC, et al.*

NAME: __Tomas Perez_____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I worked for Elite Wall Systems, LLC ("Elite") and Gilbane Building Company, Whiting-Turner Contracting Company, HITT Contracting Company, and/or Suffolk Construction Company (collectively, the "General Contractors"), as a construction worker in Maryland and/or Washington, DC for at least some period of time between July 2021 and the present.

3. I claim that I was not paid all the wages that I am owed for my time worked for Elite and the General Contractors because during some week or weeks of my work on the Project: (i) I was classified as an independent contractor even though Elite and/or the General Contractors controlled all aspects of my work; (ii) I did not receive the legally mandated prevailing wage and benefits for all applicable hours worked on public works; and/or (iii) I worked more than 40 hours and was not paid an overtime premium equal to one-and-one-half times my regular rate of pay.

4. I understand that this is a lawsuit being brought against Elite and the General Contractors under the Fair Labor Standards Act and/or Maryland and District of Columbia laws to recover my unpaid wages, benefits, and other damages.

5. I hereby consent, agree, and opt in to become a plaintiff in all available federal, state and District of Columbia law claims in this action.

6. I hereby agree to be represented by Cohen Milstein Sellers & Toll PLLC and Murphy Anderson PLLC for all purposes in this action and to take reasonable steps necessary to pursue my claims.

DATE: __07/23/2024_____   SIGNATURE: _____

Verified by signNow
07/23/2024 22:09:41 UTC
fcdc5fd971c6488fb8dd

**PLEASE RETURN THIS FORM TO:**

**MURPHY ANDERSON PLLC**
**c/o Mark Hanna**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**
**(202) 223-2620**